NUMBERS 13-99-708-CR and 13-99-709-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________ 


ELOY ACEVEDO PINA , Appellant, 



v.

 

THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 


On appeal from the 93rd District Court 

of Hidalgo County, Texas.

___________________________________________________________________ 



O P I N I O N

Before Chief Justice Seerden and Justices Dorsey and Rodriguez 

Opinion Per Curiam

 

 Appellant, ELOY ACEVEDO PINA , perfected appeals from judgments entered by the 93rd District Court of Hidalgo
County, Texas, in cause numbers CR-779-99-B and CR-772-99-B . Appellant has filed a motion to dismiss the appeals.
The motion complies with Tex. R. App. P. 42.2(a). 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that
appellant's motion to dismiss the appeals should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 10th day of August, 2000 .